1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADAM GRAY,

11              Petitioner,              No. CIV S-09-1690 MCE EFB P

12        vs.

13   K. HARRINGTON,

14              Respondent.            FINDINGS AND RECOMMENDATIONS

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  On May 3, 2011, the court found that the application for a writ of habeas corpus

18   was second or successive, and that petitioner had not demonstrated that he obtained leave from

19   the appellate court to proceed thereon.  *See* 28 U.S.C. § 2244(b)(3), (4).  The court compared the

20   petition in this case to the petition in case number Civ. S-07-0126 MCE EFB P.  The court

21   determined that petitioner challenges the same judgment in both actions.  Accordingly, the court

22   gave petitioner 30 days to demonstrate that he had obtained leave from the appellate court to

23   proceed on the instant petition.  The court admonished petitioner that failure to comply with the

24   order would result in a recommendation that the action be dismissed as an unauthorized second

25   or successive petition.  More than 30 days have elapsed and petitioner has not responded to the

26   order to show cause.

1

1       Accordingly, it is hereby RECOMMENDED that this action be dismissed on the ground

2 that the petition is second or successive and petitioner has not demonstrated that the Ninth

3 Circuit has granted him leave to file it in this court.

4       These findings and recommendations are submitted to the United States District Judge

5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after

6 being served with these findings and recommendations, any party may file written objections

7 with the court and serve a copy on all parties.  Such a document should be captioned "Objections

8 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the

9 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158

10 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In his objections

11 petitioner may address whether a certificate of appealability should issue in the event he files an

12 appeal of the judgment in this case.  *See* Rule 11, Federal Rules Governing § 2254 Cases (the

13 district court must issue or deny a certificate of appealability when it enters a final order adverse

14 to the applicant).

15 Dated:  July 19, 2011.

16                      EDMUND F. BRENNAN

17                      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26